**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TONY LYNN TAYLOR,

    Plaintiff,

vs.                                       Case No. 3:11-cv-815-J-34TEM

WILLIAM REED, et al.,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 12; Report), entered by the Honorable Thomas E. Morris, United States Magistrate Judge, on November 15, 2011. In the Report, Magistrate Judge Morris recommends that Plaintiff's [Third Amended] Affidavit of Indigency (Dkt. No. 10), construed as a Motion to Proceed In Forma Pauperis, be denied, and this case be dismissed for failure to state a claim upon which relief can be granted. See Report at 12. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Rule 72(b), Federal Rules of Civil Procedure (Rule(s)), advisory committee's note (1983); see also Macort v. Prem, Inc., 208 Fed. Appx. 781, 784-85 (11th Cir. 2006) (per curiam). Therefore, if no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of

those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district court must review the legal conclusions in the report de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 12) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's [Third Amended] Affidavit of Indigency (Dkt. No. 10), construed as a Motion to Proceed In Forma Pauperis, is **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of January, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Hon. Thomas E. Morris
Counsel of Record
<u>Pro</u> <u>Se</u> Plaintiff